JANUARY 13, 2011

No. 10–8367 (10A698). WHITE v. CULLIVER, WARDEN, ET AL. C. A. 11th Cir. Application for stay of execution of sentence of

death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Certiorari denied. The order heretofore entered by JUSTICE THOMAS is vacated. 